**Larry D. JONES, Plaintiff–Appellant,**

v.

**Jayanta CHOUDHURY, M.D.; et. al., Defendants–Appellees.**

**No. 11–16966.**

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2012.*

Filed July 26, 2012.

Larry Dean Jones, Coalinga, CA, for Plaintiff–Appellant.

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM ***

California state prisoner Larry D. Jones appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging constitutional violations in connection with injuries he sustained during stomach surgery. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915A. *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000). We affirm.

The district court properly dismissed Jones's claim of deliberate indifference to

*** *This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.*

his serious medical needs because the complaint failed to allege facts suggesting that the defendants acted with deliberate indifference. *See Toguchi v. Chung,* 391 F.3d 1051, 1058 (9th Cir.2004) (prison officials act with deliberate indifference only if they know of and disregard an excessive risk to a prisoner's health); *see also Estelle v. Gamble,* 429 U.S. 97, 106, 97 S.Ct. 285, 50 L.Ed.2d 251 (1976) ("Medical malpractice does not become a constitutional violation merely because the victim is a prisoner.").

Jones's motion for default judgment is denied.

Jones's remaining contentions are unavailing.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.